515 A.2d 303

**Emily E. Davis WINN**

**v.**

**TRANS WORLD AIRLINES, INC., Appellant.**

Supreme Court of Pennsylvania.

Reargued Sept. 16, 1986.

Decided Oct. 1, 1986.

James A. Mollica, Jr., Pittsburgh, for appellant.

Wendell G. Freeland, John A. Meyer, Freeland and Kronz, P.C., Pittsburgh, for appellee.

Michael L. Foreman, Pittsburgh, for amici curiae Pa. Human Relations Com'n.

Byrd R. Brown, Pittsburgh, for amici curiae Pittsburgh Com'n on Human Relations.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM:

Reargument having been improvidently granted, appeal dismissed.

PAPADAKOS, J., did not participate in the consideration or decision of this case.